UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNATHAN LEE NALL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-5197** |
| **JACK STRAIN, ET AL.** | **SECTION: "I" (5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's Reply Memorandum, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (rec. doc. 18) is **GRANTED**, and Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 19th day of March, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**